UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00357

**Jeffry Lee Webb,**
*Petitioner,*

v.

**Gregg County Sheriff,**
*Respondent.*

# ORDER

Petitioner, an inmate of Gregg County Jail proceeding pro se and in forma pauperis, filed this habeas action to challenge his incarceration. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the case be dismissed without prejudice for failure to prosecute and failure to comply with a court order. Doc. 3 at 2. Petitioner did not file written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The petition is dismissed without prejudice.

*So ordered by the court on January 7, 2026.*

J. CAMPBELL BARKER
United States District Judge